■ ROSEMARIE CARRILLO, as Administratrix of the Estate of DARLENE CARRILLO, Deceased, et al., Respondents, v THERESA LO PRESTI, as Executrix of CARMELO LO PRESTI, Deceased, Defendant, and ASTORIA GENERAL HOSPITAL, Appellant, et al., Defendants.—Order of the Supreme Court, Queens County, dated March 15, 1984, affirmed insofar as appealed from, with costs, for reasons stated by Justice Kunzeman at Special Term. Mangano, J. P., Brown, O'Connor and Weinstein, JJ., concur.